UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

JANET DEXTER
on behalf of herself and all
others similarly situated,

       Plaintiff,                               Case No. 20-cv-1441

     v.

CARDINAL RIDGE RESIDENTIAL CARE, LLC

       Defendant

**ORDER**

This Court GRANTS the parties' Joint Motion for Final Settlement Approval, (ECF No. 32), APPROVES the parties' Settlement Agreement, (ECF No. 19-1), as a fair, reasonable, and adequate resolution of a bona-fide dispute under the FLSA and the WWPCL, and ORDERS the following:

1. The WWPCL Class is certified pursuant to Fed. R. Civ. P. 23;

2. The FLSA Collective is certified pursuant to 29 U.S.C. § 216(b);

3. The Settlement Agreement is fair, reasonable, and adequate as it applies to the WWPCL Class and the FLSA Collective;

4. Janet Dexter is appointed as Class Representative for the FLSA Collective and the WWPCL Class;

5. Walcheske & Luzi, LLC is appointed as Class Counsel for the FLSA Collective and the WWPCL Class;

6. Plaintiff's Motion for Approval of Attorneys' Fees and Costs, (ECF No. 27), in the amount of $12,500.00 is GRANTED;

7. Plaintiff's Motion for Approval of Enhancement Payment, (ECF No. 31), in the amount of $500.00 is GRANTED;

8. The Settlement Agreement is binding on the Parties;

9. The Settlement Class members' released claims are dismissed with prejudice;

10. The FLSA claims of those individuals who did not file a "Consent to Join Form" with the Court are dismissed without prejudice;

11. The WWPCL Claims of individuals who properly and timely excluded themselves in full accordance with the procedures set forth in the Settlement Agreement are dismissed without prejudice; and

12. This matter is dismissed on the merits and with prejudice.

Dated this __4th__ day of __August__, 2021

s/ William C. Griesbach
William C. Griesbach, Senior District Judge
United States District Court